IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN WILLNER, | CIVIL NO. 3:17-CV-1924 |
| Plaintiff | Magistrate Judge Saporito |
| v. | |
| LUZERNE COUNTY, et al., | |
| Defendants | |

SCHEDULING ORDER

AND NOW, this 3rd day of January, 2018, following the case management conference held on this date, IT IS HEREBY ORDERED THAT the following case management deadlines are established in the above-captioned action:

1. **Joinder of Parties**. Any joinder of parties shall be accomplished by August 3, 2018.

2. **Amendments.** Amendments to the pleadings shall be filed by September 14, 2018. Said amendment shall be accompanied by either motion or written consent by adverse party, as required by Rule 15(a), Fed.R.Civ.P.

3.      **Discovery**.  All **fact discovery** shall be completed by <u>July 20, 2018</u>.  All **expert discovery** shall be complete by <u>September 17, 2018</u>.

4.      **Expert Reports**.  Reports of Plaintiffs' retained experts shall be produced by <u>August 3, 2018</u>.  Reports of Defendants' retained experts shall be produced by <u>September 3, 2018</u>.  Supplementations shall be due <u>September 17, 2018</u>.

Counsel are reminded that discovery disputes will be handled as follows: In the first instance, counsel should discuss, in good faith, an equitable resolution of their discovery disagreements.  If this good faith discussion is unsuccessful, counsel shall contact Chambers to schedule a conference call among all parties to discuss and resolve the dispute.  If, after the conference call, the Court believes the issues need briefing by the parties, it will set down an appropriate briefing schedule.  No written discovery motions are to be filed without leave of Court, and even then only following the above-noted procedure.

5.      **Dispositive Motions**.  All case dispositive motions shall be filed by <u>September 28, 2018</u>.

6. **Final Pretrial Conference and Trial.** Counsel have advised that they anticipate the case will be trial ready in <u>November, 2018</u>.

The final pretrial conference and trial dates will be determined after the dispositive motion deadline has expired.

JOSEPH F. SAPORITO, JR.<br>
United States Magistrate Judge

Dated:  January 3, 2018