IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN WILLNER, | : | CIVIL NO. 3:17-CV-1924 |
| Plaintiff | : | Magistrate Judge Saporito |
| v. | : | |
| LUZERNE COUNTY, et al., | : | |
| Defendants | : | |

**ORDER**

AND NOW, this 27th day of March, 2018, IT IS HEREBY ORDERED THAT:

1. A hearing on the Doc. 37 motion of Attorney Leonard Gryskewicz to withdraw as counsel for plaintiff Brian Willner shall be conducted on **April 13, 2018 at 10:00 a.m.** in Courtroom 1, Max Rosenn Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania.

2. Defense counsel is **NOT** required to participate in the hearing, as counsel for defendants has concurred in Attorney Gryzkewicz's Doc. 37 motion.

3. A copy of this Order shall be provided to plaintiff at his address.

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge